IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CIERREA E. THOMAS,** | : |
| **Plaintiff,** | : |
| | : Civil Action No. |
| v. | : 7:09-CV-52 (HL) |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of Social Security** | : |
| **Defendant.** | : |

## ORDER

Before the Court is the Recommendation (Doc. 13) entered on September 1, 2010, of United States Magistrate Judge Thomas Q. Langstaff, in which the Magistrate Judge recommends to reverse the decision of the Commissioner of Social Security ("the Commissioner") and remand the case for further consideration.

The Commissioner has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. The Commissioner's decision is reversed and the case is remanded for further consideration in accordance with the Court's opinion.

**SO ORDERED**, this the 29th day of September, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc